IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DWAYNE M. WOODSON,**

    **Plaintiff,**

**v.**

**PATRICIA LUERS, ANTHONY RAMOS,
CORRECTIONAL COUNSELOR JUNGE
and TYRONE MURRAY,**

    **Defendants.**                              Case No. 07-cv-434-DRH

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action is before the Court on Report and Recommendation of United States Magistrate Judge Philip M. Frazier.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated April 15, 2010, judgment is entered in favor of defendants, **PATRICIA LUERS, ANTHONY RAMOS, CORRECTIONAL COUNSELOR JUNGE and TYRONE MURRAY,** and against plaintiff, **DWAYNE M. WOODSON.** -------------------

                            **NANCY J. ROSENSTENGEL,
CLERK OF COURT**


                            **BY:**        */s/Sandy Pannier*
                                              **Deputy Clerk**

Dated: April 20, 2010


APPROVED: /s/ *David R Herndon*
           CHIEF JUDGE
           U. S. DISTRICT COURT